**STATE of Missouri, Respondent,**

v.

**Bob BONE, Appellant.**

**No. 69710.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 1, 1996.

Michael D. Burton, St. Louis, for appellant.

Timothy J. Finnegan, Asst. Pros. Atty., St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Bob Bone appeals the summary judgment entered against him in the State's civil forfeiture action. The court's summary judgment ordered the forfeiture of Bone's Pontiac Firebird automobile and $432 of currency seized during his arrest for purchasing a controlled substance. We affirm. We have reviewed the briefs of the parties, the transcript and the legal file and find no error of law. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and

reasons for this order. We affirm the trial court's judgment pursuant to Rule 84.16(b).